# United States District Court

WESTERN DISTRICT OF WASHINGTON

GARNETT WILLIAMS

v.

RON FRAKER, *et al.*,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5474RBL

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

Plaintiff's claims and causes of action are dismissed, without prejudice.

| December 1, 2009 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

*s/CM Gonzalez*
Deputy Clerk